APRIL 6, 1998

No. 96–1134.  UNITED STATES *v.* MOBLEY; UNITED STATES *v.* NASH; and UNITED STATES *v.* LYNN.  C. A. Armed Forces.  Certiorari granted, judgments vacated, and case remanded for further consideration in light of *United States* v. *Scheffer, ante,* p. 303. Reported below: 44 M. J. 453 (first judgment) and 456 (second judgment); 45 M. J. 403 (third judgment).

No. 97–6492.  MEJIA *v.* UNITED STATES.  C. A. 11th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, 8 U. S. C. § 1229a(a).  ■

No. A–722.  PHILIP MORRIS INC. ET AL. *v.* MINNESOTA ET AL. Sup. Ct. Minn.  Application for stay, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. D–1876.  IN RE DISBARMENT OF GERMAIN.  Disbarment entered.  [For earlier order herein, see 522 U. S. 992.]

No. D–1884.  IN RE DISBARMENT OF BLOODWORTH.  Disbarment entered.  [For earlier order herein, see 522 U. S. 1013.]

No. D–1889.  IN RE DISBARMENT OF JAMISON.  Disbarment entered.  [For earlier order herein, see 522 U. S. 1026.]

No. D–1903.  IN RE DISBARMENT OF FISHER.  Disbarment entered.  [For earlier order herein, see 522 U. S. 1041.]

No. D–1905.  IN RE DISBARMENT OF FIDDES.  Disbarment entered.  [For earlier order herein, see 522 U. S. 1073.]

No. D–1931.  IN RE DISBARMENT OF SOUTHARD.  Richard C. Southard, of Lockport, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.